DATE:  October 4, 2022


      The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Michael Angelo Street
    v. Commonwealth of Virginia
    Record No. 1355-21-1
    Opinion rendered by Chief Judge Decker on
    August 2, 2022

2.  Travor Lamont Lucas
    v. Commonwealth of Virginia
    Record No. 0997-21-1
    Opinion rendered by Judge Fulton on
    August 9, 2022